

# NUMBER 13-21-00431-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE MATTER OF THE ESTATE OF
## DONALD WAYNE BRATCHER, DECEASED

### On appeal from the County Court
### of Matagorda County, Texas.

# MEMORANDUM OPINION

**Before Justices Hinojosa, Tijerina, and Silva**
**Memorandum Opinion by Justice Tijerina**

This matter is before the Court on appellants' amended motion to nonsuit notice of appeal. Appellants no longer desire to prosecute their claim rendering this appeal moot.

The Court, having considered the amended motion, is construing it as a motion to dismiss and is of the opinion that the amended motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, the amended motion to dismiss is granted, and the appeal is hereby dismissed.

Costs will be taxed against the appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Because the appeal is dismissed at appellants request, no motion for rehearing will be entertained.

JAIME TIJERINA
Justice

Delivered and filed on the
17th day of February, 2022.